### 18117.  TALLENT v. THE STATE.

A conviction of larceny from the house was authorized by the evidence;
and under the allegation and the proof as to the value of the stolen
property, the verdict fixing a felony punishment was authorized.

> DECIDED JULY 14, 1927.

Larceny from house; from Fulton superior court—Judge E. D.
Thomas.  March 12, 1927.

*T. C. Battle,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hud-
son,* contra.

BLOODWORTH, J.  The plaintiff in error was indicted for larceny
from the house of goods of the alleged value of $70.  The proof
showed that named articles of the value of $71 and other articles
were stolen from the house.  The jury returned a verdict of guilty
and fixed "his minimum sentence at one year and the maximum
sentence at three years."  The evidence is sufficient to support the
conviction of a felony.  Section 176 of the Penal Code of 1910
provides that punishment for larceny from the house, where the
article stolen is "under the value of fifty dollars," shall be "as

---

Larceny, 36 C. J. p. 909, n. 98.

for a misdemeanor; if the value of the money or thing thus stolen be fifty dollars or more, he shall be punished by imprisonment and labor in the penitentiary for not less than one nor longer than ten years."

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*